# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**RAYMOND WILLIAMS, JR.**     **PETITIONER**

**V.**     **NO. 4:14-CV-133-DMB-SAA**

**ALICIA BOX**     **RESPONDENT**

### ORDER TRANSFERRING CAUSE TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

This matter comes before the Court, *sua sponte*, for consideration. On September 9, 2014, Petitioner, a Mississippi inmate in the custody of the Mississippi Department of Corrections ("MDOC"), filed an action contesting MDOC's calculation of his sentence of imprisonment. Because the instant action "attacks the manner in which a sentence is carried out or the prison authorities' determination of its duration," the Court has construed it under the general habeas statute, 28 U.S.C. § 2241. *Pack v. Yusuff*, 218 F.3d 448, 451 (5th Cir. 2000).

Petitioner is currently housed at the Wilkinson County Correctional Facility in Woodville, Mississippi. He does not identify the crime(s) for which he is currently incarcerated, but inmate information obtained from MDOC's website indicates that he is currently serving a seven-year sentence for burglary, and a five-year sentence for delivery of a controlled substance.[1] According to the information provided on the penitentiary's website, both convictions were obtained in the Circuit Court of Harrison County, Mississippi. The Court finds that both Harrison County, Mississippi, and Wilkinson County, Mississippi, are located in the Southern District of Mississippi. *See* 28 U.S.C. § 104(b) (listing counties within Southern District of Mississippi).

---

[1] *See* http://www.mdoc.state.ms.us/ (follow "Inmate Search" hyperlink; search "Raymond Williams") (last visited September 10, 2014).

Because Mississippi has two federal judicial districts, the instant application is proper either in the district court for the district where Petitioner is in custody, or in the district court for the district wherein sits the State court that convicted and sentenced Petitioner. *See* 28 U.S.C. § 2241(d). Since Petitioner is contesting the calculation of sentences he received in the Circuit Court of Harrison County, Mississippi, which is in the Southern District of Mississippi, and he is in custody in Wilkinson County, Mississippi, which is also in the Southern District of Mississippi, the Court will transfer the instant application to the Southern District for determination. *See id.*

Accordingly, in the exercise of this Court's discretion and in the furtherance of justice, it is hereby **ORDERED** that this civil action is transferred to the United States District Court for the Southern District of Mississippi.

**THIS** the 12th day of September, 2014.

    **/s/Debra M. Brown**
    **UNITED STATES DISTRICT JUDGE**